1  ANDREW R. HADEN
   Acting United States Attorney
2  ERNEST CORDERO, JR.
   Assistant U.S. Attorney
3  California Bar No. 131865
   ERIN M. DIMBLEBY
4  Assistant U.S. Attorney
   California Bar No. 323359
5  Office of the U.S. Attorney
   880 Front Street, Room 6293
6  San Diego, CA 92101-8893
   Telephone: (619) 546-7478/6987
7  Email: Ernest.Cordero@usdoj.gov
   Email: Erin.Dimbleby@usdoj.gov
8
   Attorneys for Defendant
9  UNITED STATES OF AMERICA

10

11                  **UNITED STATES DISTRICT COURT**
12                  **SOUTHERN DISTRICT OF CALIFORNIA**

13

14  THE ESTATE OF JOEL REYES              Case No.: 23-cv-1422-BJC-MSB
    MUNOZ by and through its successor in
15  interest LETICIA DURAN MARTINEZ;      **JOINT NOTICE OF SETTLEMENT**
    et al.,
16
17                Plaintiffs,
18  v.
19  UNITED STATES OF AMERICA; et
    al.,
20
21                Defendants.

22

23       The parties, through their respective counsel of record, jointly notify the Court

24  that they have reached a settlement as to all claims and causes of action of the

25  Complaint. The parties' settlement is conditioned on the parties' execution of a

26  settlement agreement and release of claims. The parties anticipate filing a joint motion

27  to dismiss once the settlement payment has been issued by Defendant and received by

28  Plaintiffs.

                                        -1-

The parties respectfully request that the Court vacate the remaining pre-trial deadlines currently scheduled in the case. To the extent that the Court wishes to schedule an attorneys-only settlement disposition conference, the parties request that it be set for no earlier than 60 days from the date of this Joint Notice of Settlement.

Dated:    April 4, 2025          Respectfully Submitted,

                                 IREDALE & YOO, A.P.C.

                                 s/Eugene G. Iredale
                                 EUGENE G. IREDALE

                                 Attorneys for Plaintiffs


Dated:    April 4, 2025          Respectfully Submitted,

                                 ANDREW R. HADEN
                                 Acting United States Attorney

                                 s/Erin M. Dimbleby
                                 ERIN M. DIMBLEBY
                                 ERNEST CORDERO, JR.
                                 Assistant U.S. Attorneys

                                 Attorneys for Defendant


SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Eugene G. Iredale, counsel for Plaintiffs, and that I have obtained Mr. Iredale's authorization to affix his electronic signature to this document.

Dated:        April 4, 2025

                                 s/Erin M. Dimbleby
                                 ERIN M. DIMBLEBY
                                 Assistant U.S. Attorney

-2-

23-cv-1422- BJC-MSB